UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR396 |
| | ) | |
| vs. | ) | **AMENDED PRELIMINARY** |
| | ) | **ORDER OF FORFEITURE** |
| | ) | |
| DONALD FULFOR, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 9th day of March, 2009, this matter comes on before the Court upon the United States' Motion to Amend Preliminary Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. This case was jointly investigated by the Cyber Crimes Task Force and the Nebraska State Patrol.

2. The Preliminary Order of Forfeiture directs the U.S. Marshals Service to seize. Since the entry of the Court's Preliminary Order of Forfeiture, the Nebraska State Patrol has determined it can make use of the computer and related equipment mentioned in the Preliminary Order of Forfeiture. Consequently, rather than turn over the same to the U.S. Marshals Service for eventual destruction, the Nebraska State Patrol wishes to keep possession of the same so they can be used in future Cyber Crimes Task Force investigations.

3. The Plaintiff's Motion to Amend Preliminary Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion to Amend Preliminary Order of Forfeiture is hereby sustained.

B. The Nebraska State Patrol is directed to seize of the HP Laptop, Kingston thumb drive, Centon thumb drive, Wireless Access Point and Black Computer Tower.

DATED this 9th day of March, 2009

**BY THE COURT:**

s/ Joseph F. Bataillon
**JOSEPH F. BATAILLON, CHIEF JUDGE**
**United States District Court**