UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR396 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| DONALD FULFOR, JR., | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 24th day of April, 2009, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On March 9, 2009, the Court entered an Amended Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 2252 and 2253 based upon the Defendant's plea of guilty to Counts I and III of the Indictment filed herein. By way of said Amended Preliminary Order of Forfeiture, the Defendant's interest in the following:

    a. HP Laptop

    b. Kingston thumb drive

    c. Centon thumb drive

    d. Wireless Access Point

    e. Black Computer Tower

was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on February 16, 2009, as

required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on April 17, 2009 (Filing No. 36).

    3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

    4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

    A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

    B. All right, title and interest in and to above-referenced property, held by any person or entity, is hereby forever barred and foreclosed.

    C. The above-referenced property, be, and the same hereby is, forfeited to the United States of America .

    D. The Nebraska State Patrol is directed to dispose of said property in accordance with law.

    DATED this 24th day of April, 2009

                              **BY THE COURT:**

                              s/ Joseph F. Bataillon
                              **United States District Court**